DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

MERYL POMPONIO,

           Plaintiff,

  v.

KOHL'S DEPARTMENT STORES, INC., as an entity and doing business as "Kohl's Vallejo", JACKRABBIT LLC, and DOES 1-50, Inclusive,

           Defendants.

Case No.: 2:20-cv-01844-JAM-KJN

**ORDER GRANTING REQUEST FOR EXTENSION TO FILE DISMISSAL DOCUMENTS**

## <u>ORDER:</u>

    **IT IS HEREBY ORDERED,** Good Cause Shown, that the Parties be **GRANTED** an additional thirty (30) days to file Dismissal Documents.

Dated: May 5, 2021

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE